UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>FEDERAL MEDIATION AND CONCILIATION SERVICE,<br><br>       Defendant. | Civil Action No. 26-1676 (RDM) |

## MOTION FOR EXTENSION OF TIME TO RESPOND

Defendant, by undersigned counsel, respectfully moves this Court to extend the time to respond to the Complaint in this Administrative Procedure Act matter. Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Plaintiff by email regarding the requested relief. Plaintiff opposed the requested extension.

Currently, Defendant's deadline to file its response is July 17, 2026. Defendant seeks a 45-day extension of its filing deadline to August 31, 2026. This is Defendant's first motion to extend the time to respond to the Complaint.

The extension is requested in good faith and not for the purpose of delay. See generally Fed. R. Civ. P. 6(b)(1) ("A schedule may be modified only for good cause and with the judge's consent."). Undersigned counsel was recently assigned to this matter and requires additional time to review the background of the case and discuss the matter with assigned agency counsel. Further, undersigned counsel is requesting the additional time because he has competing court filing deadlines in many cases over the next few weeks as well as discovery deadlines.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested.

A proposed order is attached.

Dated: July 13, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Zachariah Weston Lindsey*
    Zachariah (Zack) Weston Lindsey
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-6612

*Attorneys for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO, et
al.,

        Plaintiffs,

    v.

FEDERAL MEDIATION AND
CONCILIATION SERVICE,

        Defendant.

Civil Action No. 26-1676 (RDM)

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's motion for an extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the deadline to file a responsive pleading is August 31, 2026.

SO ORDERED.

_____        _____
Date                                    United States District Judge