**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., |
| |
| Plaintiffs, |
| |
| v. |
| |
| FEDERAL MEDIATION AND CONCILIATION SERVICE, |
| |
| Defendant. |

Civil Action No. 26-1676 (RDM)

**<u>ANSWER</u>**

The Federal Mediation and Conciliation Service, (Hereinafter "Defendant" or "FMCS"), through the undersigned counsel, respectfully hereby responds to the Complaint, pursuant to the Administrative Procedure Act, 5 U.S.C. § 706(2)(A).

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Defendant expressly denies all allegations in the Complaint, including the relief sought, that are not specifically admitted to or otherwise qualified in this Answer.  Defendant responds to the Complaint in like numbered paragraphs as follows:

1.    This paragraph consists of Plaintiffs characterization of themselves to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 1.

2.    This paragraph consists of Plaintiffs characterization of themselves to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 2.

3.    The allegations contained in Paragraph 3 consist of legal conclusions and Plaintiffs' characterizations of a regulation, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authority for a full and accurate statement of its contents, and otherwise denies the allegations.

4.    The allegations contained in Paragraph 4 consist of legal conclusions, to which no response is required. To the extent that a response is deemed required, denied.

5.    The allegations contained in Paragraph 5 consist of legal conclusions, to which no response is required. To the extent that a response is deemed required, denied.

## JURISDICTION[1]

6.    The allegations contained in Paragraph 6 consist of a legal conclusion, to which no response is required. To the extent that a response is deemed required, denied.

7.    Defendant admits that Plaintiffs' complaint seeks declaratory judgment.

## VENUE

8.    The allegations contained in Paragraph 8 consist of a legal conclusion, to which no response is required. Defendant admits that venue resides in this judicial district.

---

[1]    For the ease of reference, Defendant's Answer replicates the headings contained in the Complaint, but to the extent those headings could be construed factual allegations, those allegations are denied.

**PARTIES**

9.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 9.

10.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 10.

11.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 11.

12.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 12.

13.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 13.

14.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 14.

15.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 15.

16.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 16.

17.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 17 but denies any allegation of harm.

18.      Defendant admits that the FMCS is a federal agency within the meaning of the APA, and is headquartered in Washington, D.C.

## FACTUAL BACKGROUND

**I.      Plaintiffs Rely on the Federal Mediation and Conciliation Service and Its Roster of Arbitrators to Enforce Their Contractual Rights**

19.     The allegations contained in Paragraph 19 consist of conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents and admits only that the TAFT-Hartley Act created FMCS.

20.     The allegations contained in Paragraph 20 consist of conclusions of law and quotes from a federal statute, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

21.     The allegations contained in Paragraph 21 consist of conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

22.     The allegations contained in Paragraph 22 consist of conclusions of law to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

23.     The allegations contained in Paragraph 23 consist of conclusions of law and quotes from a federal regulation, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

24.     The allegations contained in Paragraph 24 consist of conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

25.    Admitted.

26.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 26.

27.    The allegations contained in Paragraph 27 consist of conclusions of law and quotes from a federal regulation, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

28.    Admitted.

29.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 29.

30.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 30.

31.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 31.

32.    The allegations contained in Paragraph 32 consist of conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 32.

33.    The allegations contained in Paragraph 33 consist of conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 33.

34.     The allegations contained in Paragraph 34 consist of conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 34.

35.     The allegations contained in Paragraph 35 consist of Plaintiffs' characterizations of Executive Order 14251, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

36.     The allegations contained in Paragraph 36 consist of Plaintiffs' characterizations of Executive Orders 14343, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

37.     The allegations contained in Paragraph 37 consist of Plaintiffs' characterizations of Executive Orders 14251 and 14343, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

38.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 38.

39.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 39.

40.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 40.

41.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 41.

## II.    FMCS Issues a Memorandum Changing Their Policy on Providing Arbitration Panels, Harming Plaintiffs

42.    Admitted.

43.    The allegations contained in Paragraph 43 consist of Plaintiffs' characterizations of an agency memorandum, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

44.    The allegations contained in Paragraph 44 consist of Plaintiffs' characterizations of an agency memorandum, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

45.    The allegations contained in Paragraph 45 consist of Plaintiffs' characterizations of an agency memorandum, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

46.    The allegations contained in Paragraph 46 consist of Plaintiffs' characterizations of an agency memorandum, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

47.    The allegations contained in Paragraph 47 consist of Plaintiffs' characterizations of an agency memorandum and federal statute, to which no response is required. To the extent that a

response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

48.     The allegations contained in Paragraph 48 consist of Plaintiffs' characterizations of an agency memorandum, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

49.     The allegations contained in Paragraph 49 consist of Plaintiffs' characterizations of a federal regulation and federal statute, to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

50.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 50. To the extent that a response is deemed required, Defendant denies the allegations of harm.

51.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 51.

52.     Admitted.

53.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 53.

54.     The allegations contained in Paragraph 54 consist of Plaintiffs' characterizations of an agency memorandum, to which no response is required. To the extent that a response is deemed required, Defendant denies the allegations and respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

55.     The allegations contained in Paragraph 55 consist of legal conclusions to which no response is required. To an extent a response is required, denied.

56.     The allegations contained in Paragraph 56 consist of legal conclusions to which no response is required. To an extent a response is required, denied.

57.     The allegations contained in Paragraph 57 consist of legal conclusions to which no response is required. To an extent a response is required, denied.

## Count I

### *Violation of Administrative Procedure Act, 5 U.S.C. § 706(2)(A)*

58.     Defendant repeats and incorporates by reference their responses to all preceding paragraphs above as though fully set forth herein.

59.     The allegations contained in Paragraph 59 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

60.     The allegations contained in Paragraph 60 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

61.     The allegations contained in Paragraph 61 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

62.     The allegations contained in Paragraph 62 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

63.     The allegations contained in Paragraph 63 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

64.     The allegations contained in Paragraph 64 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

65.     The allegations contained in Paragraph 65 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

66.     The allegations contained in Paragraph 66 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

67.     The allegations contained in Paragraph 67 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

68.     The allegations contained in Paragraph 68 consist of legal conclusions to which no response is required. To the extent that a response is deemed required, denied.

## Relief Requested

The remaining paragraph beginning with "Relief Requested" consists of Plaintiffs' prayer for relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiffs are entitled to the relief requested.

**DEFENSES**

Defendant respectfully requests and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to them through the course of the litigation.  Defendant does not assume the burden of proving any of these defenses or elements of them where the burden is properly placed on Plaintiff as a matter of law.

**FIRST DEFENSE**

Defendant's decisions were the product of reasoned decision making, supported by record evidence, and consistent with the law.

**SECOND DEFENSE**

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the APA.

Dated:  July 31, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/      *Zachariah Lindsey*
ZACHARIAH LINDSEY, DC BAR #1766679
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

*Attorneys for the United States of America*

- 11 -